**96–2655.  Cambridge Arms II, Ltd. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 94–P–1130.  On motion to dismiss of Hamilton County Auditor.  Motion

denied.

Cook, J., dissents.